United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Swartz  
    Debtor

Case No. 10-19678-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Virginia　　Page 1 of 1　　Date Rcvd: Jul 25, 2016  
　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2016.  
db　　　　+James Swartz,　3510 Nottingham Lane,　Philadelphia, PA 19114-1404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2016 at the address(es) listed below:  
    ANDREW SPIVACK　 on behalf of Creditor　 Wells Fargo Bank, N.A. paeb@fedphe.com  
    ANN E. SWARTZ　 on behalf of Creditor　 US Bank NA, as Indenture Trustee of Series 2006-HE1 , ecfmail@mwc-law.com  
    DANIELLE BOYLE-EBERSOLE　 on behalf of Creditor　 JPMorgan Chase Bank, National Association debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
    HOWARD GERSHMAN　 on behalf of Creditor　 Ford Motor Credit Company hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
    JOANN NEEDLEMAN　 on behalf of Creditor　 Ford Motor Credit Company jneedleman@clarkhill.com, jgrabowski@clarkhill.com  
    JOSHUA ISAAC GOLDMAN　 on behalf of Creditor　 US Bank NA, as Indenture Trustee of Series 2006-HE1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    LESLIE J. RASE　 on behalf of Creditor　 JPMorgan Chase Bank, National Association pabk@logs.com, lerase@logs.com  
    MICHAEL A. CATALDO2　 on behalf of Debtor James Swartz ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CIBIK2　 on behalf of Debtor James Swartz ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    SAMUEL FISHMAN　 on behalf of Creditor Tammy Vivian Whittington samuel_fishman@yahoo.com, cjdlaw@gmail.com  
    United States Trustee　 USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER　 ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                          : Chapter 13

James Swartz                                                         : Case No. 10−19678−elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 25, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

77
Form 195